ARTHUR BERGER, Appellant, v. VINCENZA PECORARO and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

ROBERTA DIER, Appellant, v. STEPHEN J. KELLY and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SARAH SCHWARTZ, an Infant, by SAMUEL SCHWARTZ, Her Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SAMUEL SCHWARTZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOUGLAS H. HOVER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent.

GERTRUDE LEIT, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

AMELIA LEIT, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,638.60; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ELISHA G. WARFIELD, Appellant, v. NEW YORK CANAL AND GREAT LAKES CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of BENJAMIN MILLER, Respondent, v. JOHN M. PATTON, Appellant.— Judgment reversed as against the weight of the evidence and the information dismissed. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

JOSEPH NEWMARK and Others, Appellants, v. MAX SIFF, Respondent.— Order, in so far as it denies plaintiffs' motion for summary judgment and vacates the order and judgment heretofore entered, reversed, with ten dollars costs and disbursements, and the order granting plaintiffs' motion for summary judgment and the judgment entered thereon, reinstated. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SAMUEL I. FRANK v. MAX SCHOOLAR and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before May 23, 1928, and stipulate in writing to submit the appeal without argument on the 7th day of June, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID I. DAVIS v. JACOB GOODMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on the 8th